UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. CARTAGENAS,                        No. 2:11-cv-00221-MCE-EFB

     Plaintiff,

  v.                                          ORDER

WELLS FARGO BANK et al.,

     Defendants.

----oo0oo----

This action arises out of a mortgage loan transaction in which Plaintiff Joseph Cartagenas ("Plaintiff") obtained a loan to purchase a home in 2008. Presently before the Court are two Motions by Defendants Wells Fargo Bank and Federal Home Loan Mortgage Company ("Defendant") to Dismiss the claims alleged against them in Plaintiff's Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff has failed to timely file an opposition.

Pursuant to Local Rule 230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.

The date of the hearing on motion was set for March 24, 2011. Fourteen (14) days prior to the hearing was March 10, 2011.  No opposition was filed as required.

In light of the fact that no opposition was filed by Plaintiff, Defendants' Motions to Dismiss[1] (ECF Nos. 5 and 6) are GRANTED with leave to amend.  Defendants' request to appear telephonically (ECF No. 8) is DENIED as moot.

Further, as a result of the failure to respond to these Motions, within ten (10) days from the date this Order is electronically filed, Plaintiff's counsel shall either (1) personally pay sanctions in the amount of $250.00 to the Clerk of the Court[2], or (2) show good cause for the failure to comply with Local Rule 230(c).  Plaintiff may file an amended complaint not later than twenty (20) days after the date this Order is filed electronically.  If no amended complaint is filed within said twenty (20)-day period, Plaintiff's claims will be dismissed without leave to amend and without further notice to the parties.

IT IS SO ORDERED.

Dated: March 23, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

[2] The Court is authorized to impose sanctions for failure to comply with the Local Rules.  E.D. Cal. Local Rule 110.