UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. CARTAGENAS,                    No. 2:11-cv-00221-MCE-EFB

     Plaintiff,

  v.                                     ORDER

WELLS FARGO BANK et al.,

     Defendants.

----oo0oo----

Upon no Amended Complaint filed by Plaintiff pursuant to the Court's previous Order (ECF No. 12), the case is dismissed. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: May 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1